UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

DEBORAH MOSS, on Behalf of
Herself and All Others Similarly Situated,

Plaintiff,

vs.

BMO HARRIS BANK, N.A., FIRST PREMIER
BANK, a South Dakota State-Chartered Bank, and
BAY CITIES BANK, a Florida State-Chartered
Bank

Defendants.

NOTICE OF APPEARANCE OF
HASSAN A. ZAVAREEI

Case No. 2:13-CV-05438 (JFB-GRB)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

### NOTICE OF APPEARANCE OF HASSAN A. ZAVAREEI

Please take notice that Hassan A. Zavareei of Tycko & Zavareei LLP hereby enters an appearance as Co-counsel for Plaintiff, Deborah Moss. Please direct all future pleadings, notices, and correspondence accordingly.

Dated: December 18, 2013

Respectfully Submitted:

/s/ Hassan A. Zavareei
Hassan A. Zavareei
**TYCKO & ZAVAREEI LLP**
2000 L Street, N.W.
Suite 808
Washington, D.C. 20036
hzavareei@tzlegal.com
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

1

## CERTIFICATE OF SERVICE

I certify that on this 18th day of December, 2013, I electronically filed the foregoing paper with the clerk of the Court using the ECF system, which will send notification of the filing to the attorneys on that system.

/s/ Hassan A. Zavareei<br>
Hassan A. Zavareei