UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH MOSS, and WILLIAM HILLICK, on Behalf of Themselves and All Others Similarly Situated, | CASE NO. 2:13-CV-05438-JFB-GRB |
| Plaintiffs, | **NOTICE OF MOTION** |
| vs. | |
| BMO HARRIS BANK, N.A., FIRST PREMIER BANK, a South Dakota State-Chartered Bank, and BAY CITIES BANK, a Florida State-Chartered Bank | |
| Defendants. | |

**PLEASE TAKE NOTICE** that upon the Declaration of Darren Kaplan dated February 13, 2015 and the exhibits annexed thereto and upon the supporting memorandum of law and upon all other papers and proceedings had herein, Plaintiff, Deborah Moss ("Moss") will move this court before the Honorable Joseph F. Bianco, U.S.D.J. of the Eastern District of New York at the United States Courthouse, 100 Federal Plaza, Room 920, Central Islip, New York 11722 for an order partially vacating the stay entered in this case pursuant to 9 U.S.C.A. § 3 on June 9, 2014 and allowing Moss to continue her action against Defendants First Premier Bank and Bay Cities Bank and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
February 13, 2015

Respectfully submitted,

**DARREN KAPLAN LAW FIRM, P.C.**

By: /s/ Darren T. Kaplan
Darren T. Kaplan (DK 8190)
1359 Broadway, Suite 2001
New York, NY 10018
Tel: (212) 999-7370

Fax: (646) 390-7410
dkaplan@darrenkaplanlaw.com

**TYCKO & ZAVAREEI LLP**
Hassan A. Zavareei, *admitted pro hac vice*
Jeffrey D. Kaliel, *admitted pro hac vice*
2000 L Street, N.W., Suite 808
Washington, D.C. 20036
Telephone: 202-973-0900
Facsimile: 202-973-0950
hzavareei@tzlegal.com
jkaliel@tzlegal.com

**STUEVE SIEGEL HANSON LLP**
Norman Siegel, *admitted pro hac vice*
Stephen N. Six, *admitted pro hac vice*
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel:  (816) 714-7100
Fax:  (816) 714-7101
siegel@stuevesiegel.com
six@stuevesiegel.com

**KOPELOWITZ OSTROW P.A.**
Jeffrey M. Ostrow, *admitted pro hac vice*
200 S.W. 1st Avenue, 12th Floor
Fort Lauderdale, Florida 33301
Tel:     (954) 525-4100
Fax:    (954) 525-4300
ostrow@KOlawyers.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on 13th day of February 2015, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure and/or the Eastern District of New York's Local Rules, and/or the Eastern District of New York's Rules on Electronic Service through filing by the ECF system, which will send notification of the filing to the attorneys on that system.

                 /s/Darren T. Kaplan
                 Darren T. Kaplan (DK 8190)