UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| DEBORAH MOSS, | 13-CV-05438 (JFB) (GRB) |
| Plaintiff, | |
| - against - | **MOTION TO WITHDRAW AS COUNSEL** |
| BMO HARRIS BANK, N.A., et al., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PLEASE TAKE NOTICE THAT**, pursuant to Local Rule 1.4 defendant First Premier Bank hereby moves this Court for an Order withdrawing attorney David Feuerstein, formerly of Herrick, Feinstein LLP ("Herrick"), as counsel for defendant First Premier Bank. This request is made because Mr. Feuerstein is no longer an attorney at Herrick. First Premier continues to be represented by Barry Werbin at Herrick and by attorneys at the law firm of Lindquist & Vennum LLP. Each of these attorneys have filed appearances in this action.

**WHEREFORE**, First Premier Bank respectfully requests that the Court grant this motion and withdraw the appearance of David Feuerstein in this case.

Dated: September 7, 2016

HF 11018264v.1

**HERRICK, FEINSTEIN LLP**

By: <u>  s/ Barry Werbin      </u>
    Barry Werbin
    2 Park Avenue
    New York, NY 10016
    (212) 592-1400
  Attorneys for First Premier Bank

## CERTIFICATE OF SERVICE

David Marcus, an attorney admitted to practice in this Court, hereby certifies as follows:

1. I am employed at the firm of Herrick, Feinstein LLP, counsel for defendant First Premier Bank.

2. On this date, I caused a true and correct copy of the attached Motion to Withdraw as Counsel to be filed via the Court's CM/ECF system, and thereby served via email upon all counsel of record who receive electronic notification of these proceedings.

3. I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 7, 2016
New York, New York

David Marcus.