UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
DEBORAH MOSS, and WILLIAM HILLICK  : Case 2:13-cv-05438-JFB-GRB
On Behalf of Themselves and All Others :
Similarly Situated, :
                      Plaintiffs, : **STATUS REPORT AND**
: **STIPULATION OF ALL**
      - against - : **REMAINING PARTIES**
:
BMO HARRIS BANK, N.A., FIRST PREMIER :
BANK, a South Dakota State-Chartered :
BANK, and BAY CITIES BANK, a Florida State-Chartered :
Bank, :
:
                      Defendants. :
------------------------------------------------------------ x



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 28 2016 ★

LONG ISLAND OFFICE

      In response to the Court's order of September 6, 2016 requesting a status report from the parties informing the Court how they wish to proceed with the case, the remaining parties to the above-captioned action (as described below) have conferred and stipulate to the following:

      1.    By the Court's order of January 7, 2016 [Doc. 111], following Plaintiffs' Notice of Voluntary Dismissal of January 5, 2016 [Doc. 110], the case has been dismissed as against Defendant BMO Harris Bank, N.A. This disposed of all claims brought by Plaintiff William Hillick. The remaining parties to this action are Plaintiff Deborah Moss ("Plaintiff") and Defendants First PREMIER Bank and Bay Cities Bank (collectively, "Defendants").

      2.    Plaintiff will file on or before October 3, 2016 a second amended complaint which will serve as the operative complaint in this matter. Defendants consent to the filing of an amended complaint.

      3.    Defendants anticipate filing motions to dismiss. The parties have agreed to a briefing schedule for the motions to dismiss, as follows:

           a.    Defendants' moving briefs will be filed on or before November 17, 2016.

  b. Plaintiff's response briefs will be filed on or before January 4, 2017.

  c. Defendants' reply briefs will be filed on or before January 24, 2017.

4. The parties agree that discovery proceedings are not ripe and should be stayed while the motions to dismiss are pending, and therefore request that the Court stay the scheduling of any Rule 16 conference and any other discovery deadlines until after the entry of an order resolving the motions to dismiss in full or in part.

Dated: September 27, 2016

  Respectfully submitted,

By: /s/Darren T. Kaplan
Darren T. Kaplan, DK-8190
DARREN KAPLAN LAW FIRM, P.C.
1359 Broadway Suite 2001
New York, NY 10018
Tel: (212) 999-7370
Fax: (646) 390-7410
dkaplan@darrenkaplanlaw.com

By: /s/Jeffrey M. Ostrow
Jeffrey M. Ostrow, *Admitted pro hac vice*
KOPELOWITZ OSTROW
FERGUSON WEISELBERG
GILBERTKOPELOWITZ OSTROW P.A.
1 West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 525-4100
Fax: (954) 525-4300
ostrow@KOlawyers.com

By: /s/Norman E. Siegel
Norman E. Siegel, *Admitted pro hac vice*
Steve Six, *Admitted pro hac vice*
J. Austin Moore, *Admitted pro hac vice*
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
six@stuevesiegel.com
moore@stuevesiegel.com

By: /s/Hassan A. Zavareei
Hassan A. Zavareei, *Admitted pro hac vice*
Jeffrey D. Kaliel, *Admitted pro hac vice*
TYCKO & ZAVAREEI LLP
2000 L Street, N.W., Suite 808
Washington, D.C. 20036
Tel: (202) 973-0900
Fax: (202) 973-0950
hzavareei@tzlegal.com
jkaliel@tzlegal.com

*Attorneys for Plaintiff Deborah Moss*

By: __/s/ Eric Rieder__
    Eric Rieder
    Megan Awerdick Pierson
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, New York 10104
T: (212) 541-2000
F: (212) 541-4630
Email: ERieder@bryancave.com
       megan.pierson@bryancave.com

Michael P. Carey
Ann Ferebee
1201 W. Peachtree St., N.W.
Atlanta, Georgia 30309
T: (404) 572-6863
F: (404) 420-0863
Email: michael.carey@bryancave.com
       ann.ferebee@bryancave.com
*Pursuant to admission pro hac vice*

*Attorneys for Defendant Bay Cities Bank*

By: __/s/ Bryan R. Freeman__
James P. McCarthy (*admitted pro hac vice*)
Bryan R. Freeman (*admitted pro hac vice*)
LINDQUIST & VENNUM LLP
4200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
T: (612) 371-3211
F: (612) 371-3207
jmccarthy@lindquist.com
bfreeman@lindquist.com

with

HERRICK, FEINSTEIN LLP
Barry Werbin
2 Park Avenue
New York, New York 10016
T: (212) 592-1400
bwerbin@herrick.com

*Attorneys for First PREMIER Bank*

9/28/16

SO ORDERED:

Joseph F. Bianco, U.S.D.C.J.