| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **CIVIL CONFERENCE** |
| **EASTERN DISTRICT OF NEW YORK** | **MINUTE ORDER** |

BEFORE: GARY R. BROWN              DATE:  10/06/2017
       U.S. MAGISTRATE JUDGE       TIME:   10:00 a.m.
                                                  FTR:   10:23 – 11:01

**CASE:  13 CV 5438 (JFB) (GRB)**
## Moss v. BMO Harris Bank, N.A. et al

**TYPE OF CONFERENCE:  INITIAL CONFERENCE**

APPEARANCES:          <u>Plaintiff:</u>   Darren T. Kaplan

                                 <u>Defendant:</u>   Bryan R. Freeman


**THE FOLLOWING RULINGS WERE MADE:**

☒     Case Called

☒     Counsel for all sides present

☐     Scheduling Order entered.

☐     The Court has adopted and So Ordered the joint proposed scheduling Order submitted by the parties.

☐     Referred to mediation by separate Order.

☐     The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒     Other: A Status Conference is scheduled for January 29, 2018 at 10:00 a.m. before Magistrate Judge Gary R. Brown.


                                                         SO ORDERED

                                                     <u>/s/ Gary R. Brown</u>
                                                     GARY R. BROWN
                                                     United States Magistrate Judge