<u>CIVIL CAUSE FOR ORAL ARGUMENT</u>
<u>BEFORE JUDGE BIANCO</u>

<u>DATE:</u>         5/24/18                              <u>TIME:</u> 1:45 p.m.

<u>CASE NUMBER:</u>      CV 13-5438

<u>TITLE:</u>          **Moss v. BMO Harris Bank**

<u>PLTFFS ATTY:</u>     <u>Darren Kaplan</u>

<u>DEFTS ATTY:</u> <u>Bryan Freeman</u>

<u>FTR RECORDER:</u> 1:53-2:06      <u>COURTROOM DEPUTY:</u>   Michele Savona

<u>OTHER:</u> _____

__X__      CASE CALLED.

__X__      CONF (HELD / ADJ'D / CONT'D TO_____)

__X__      MOTION TO BE FILED BY  _6/25/2018_ ;
           RESPONSE BY  _7/25/2018_ ;
           REPLY BY  _8/8/2018_ .

__X__      ORAL ARGUMENT SET FOR  _9/10/2018 at 4:30 pm_

_____      ARGUMENT HEARD / CONT'D TO_____.

__X__      On consent discovery is stayed.