

**Bryan Freeman**
**Direct Dial: (612) 672-8375**
bryan.freeman@maslon.com

October 28, 2019

**VIA ECF ONLY**
Hon. Gary R. Brown
United States Magistrate Judge, Eastern District of New York
100 Federal Plaza, P.O. Box 9014
Central Islip, NY 11722-9014

**Re:**    *Moss v. First Premier Bank*, **No. 13-cv-5438 (E.D.N.Y.)**

Dear Judge Brown:

On Thursday, October 24, 2019, Defendant First Premier Bank ("First Premier") filed its response to the letter motion to compel discovery of Plaintiff Deborah Moss ("Moss"). (Doc. 194, 196, 197.) The response cited within the October 24, 2019 Declaration of Matt Keiper, who is the Treasury Services Analytic Specialist for First Premier.

On October 25, 2019, the next afternoon, counsel for Ms. Moss emailed the undersigned indicating that it did not appear that the Declaration of Mr. Keiper had been filed. This was an inadvertent error. In response to counsel's email, we promptly emailed the Declaration to Ms. Moss's counsel and filed the Declaration. (Doc. 199.)

Respectfully,

*/s/ Bryan R. Freeman*

Bryan R. Freeman

cc:    All Counsel of Record (via ECF)