UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH MOSS, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST PREMIER BANK, a South Dakota State-Chartered Bank,<br><br>Defendant. | CASE NO. 2:13-CV-05438-ERK-AYS<br><br>**JOINT MOTION TO VACATE ORDER SETTING DISCOVERY AND MOTION DEADLINES** |

Pending before this Court is Defendant First Premier Bank's ("First Premier's") Motion for Partial Summary Judgment (Doc #202, *et seq.*)—the motion seeks a ruling "that a class cannot be certified and dismissing the putative class claims asserted by Plaintiff Deborah Moss in her Third Amended Class Action Complaint based on her independent 'Agreement Not To Bring, Join Or Participate In Class Actions.'" The motion also sought a stay of class discovery which Judge Edward Korman granted, entering an Order staying class discovery "pending resolution of defendant's motion for partial summary judgment." (Electronic Order entered on January10, 2020).

Prior to Defendant's Motion, this Court entered a discovery schedule (Doc. 192) providing deadlines for:

**Fact Discovery**

1. Completion of fact discovery on or before March 2, 2020;

**Expert Discovery**

2. Disclosure of Experts on or before March 2, 2020;

3. Service of Expert Reports on or before March 30, 2020;

2

4. Disclosure of Rebuttal Experts on or before March 30, 2020;

5. Service of Rebuttal Expert Reports on or before May 25, 2020;

6. Expert discovery, including depositions, to be completed by June 15, 2020;

**Motion Schedule**

7. Non-Dispositive motions relating to fact discovery to be filed and served by March 16, 2020;

8. All other non-dispositive motions, including motions relate to expert discovery, to be filed and served by July 27, 2020;

9. All dispositive motions, including class-certification motions to be filed and served by July 27, 2020.

The parties have met and conferred in good faith and have agreed that, in light of the stay of class discovery and the pending Motion for Partial Summary Judgment, these discovery and motion deadlines should be vacated and new deadlines set by this Court following resolution of the pending motion. The parties agree that they will promptly alert the Court when the pending motion is decided and will appear for a new scheduling conference at the Court's convenience. The parties have also agreed that a modest number of remaining documents relating to fact discovery will be produced by both sides notwithstanding the vacatur of the Order and that depositions will be held in abeyance until a revised schedule is set following a ruling on the pending Motion. The parties will also continue to cooperate on any remaining fact discovery issues notwithstanding the vacatur of the Order.

WHEREFORE, the parties hereto respectfully request that the Court grant this motion and vacate the discovery scheduling Order consistent with the parties' agreement set forth herein (Doc. 192).

Dated: New York, New York
      February 7, 2020                               Respectfully submitted,

| **KAPLAN GORE LLP** | **MASLON LLP** |
|---|---|
| By: /s/ Darren T. Kaplan | By: /s/Bryan R. Freeman |
| Darren T. Kaplan (DK 8190) | Bryan R. Freeman *Admitted pro hac vice* |
| | |
| 1359 Broadway, Suite 2001 | 3300 Wells Fargo Center |
| New York, NY 10018 | 90 South Seventh Street |
| Tel: (212) 999-7370 | Minneapolis, MN 55402 |
| Fax: (404) 537-3320 | Tel: (612) 672-8200 |
| dkaplan@kaplangore.com | Fax: (612) 642-8375 |
| | Bryan.Freeman@maslon.com |
| *Attorneys for Plaintiff Deborah Moss* | *Attorneys for Defendant First Premier Bank* |

                                         SO ORDERED.


                                     _____
                                     UNITED STATES MAGISTRATE JUDGE


                                     DATED:_____