

**Bryan Freeman**
**Direct Dial:  (612) 672-8375**
bryan.freeman@maslon.com

September 30, 2020

**VIA ECF ONLY**

Hon. Anne Y. Shields
United States Magistrate Judge, Eastern District of New York
100 Federal Plaza, P.O. Box 830
Central Islip, NY 11722

**Re:**     *Moss v. First Premier Bank*, **No. 13-cv-5438 (E.D.N.Y.)**

Dear Judge Shields:

First Premier Bank ("First Premier") respectfully moves to adjourn the status conference currently scheduled to take place on October 8, 2020 at 10:30 a.m., as set forth in your text order of September 29, 2020, because counsel for First Premier has a motion hearing scheduled in a state court matter at the same time as the scheduled conference. The Parties have conferred and counsel for Plaintiff consents to the adjournment. The Parties have agreed to the following suggested dates and times:

- October 7, 2020, between 11 a.m. - 2 p.m.

- October 9, 2020, at any time before 12:30 p.m.

- October 13, 2020, between 1 - 3 p.m.

The proposed adjournment would not affect any other scheduled dates, and there have been no prior requests for an adjournment of the conference.

Respectfully,

*/s/ Bryan R. Freeman*

Bryan R. Freeman

cc:     All Counsel of Record (via ECF)