| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ENTRY |
| BEFORE: ANNE Y. SHIELDS<br>         U.S. MAGISTRATE JUDGE | DATE: 5/12/21<br>TIME: 11:30 AM<br>FTR: 11:33-11:45 |

CASE: **CV 13-5438 (ERK) (AYS)** Moss v, BMO Harris Bank, NA et al

TYPE OF CONFERENCE: DISCOVERY

APPEARANCES:   Plaintiff   Darren Kaplan
                           Hassan Zavareei
                           Kristen Simplicio

               Defendant   Judah Druck
                           Bryan Freeman

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐ Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒ Other: Conference held.

                                    SO ORDERED

                                    /s/ Anne Y. Shields
                                    ANNE Y. SHIELDS
                                    United States Magistrate Judge